UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GENE FOGLE<br>　　　Plaintiff,<br><br>vs.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:15-cv-140<br>Civil Action Number |

### ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 9th day of November, 2015, came on to be heard the above and foregoing Agreed Motion of Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff Gene Fogle's claims and causes of action against Defendant, State Automobile Mutual Insurance Company, be, and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this 9 day of November, 2015.

_____
Judge Presiding